# IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE DISTRICT OF SOUTH CAROLINA

### GREENVILLE DIVISION

| | |
|---|---|
| Roderick Drennon, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Kemet Electronics Corporation, )<br>S B Phillips Company Inc, )<br>)<br>Defendants, )<br>) | Civil Action No. 6:20-cv-02276-HMH-JDA<br><br>**ORDER OF DISMISSAL** |

      The Court having been advised by counsel for the parties that the above action has been settled, IT IS ORDERED that this action is here by dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

      IT IS SO ORDERED.

                                                  s/Henry M. Herlong, Jr.
                                        SENIOR UNITED STATES DISTRICT JUDGE

August 11, 2021
Greenville, South Carolina