IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| RODERICK DRENNON, | ) |
|             Plaintiff, | ) |
| v. | ) C. A. No. 6:20-cv-02276-HMH-JDA |
| KEMET CORPORATION and S.B. PHILLIPS COMPANY, INC., | ) |
|             Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Parties hereby agree and stipulate that this action should be dismissed with prejudice. The Parties shall bear their own attorneys' fees, expenses, and costs.

Respectfully submitted this 25th day of August, 2021.

**FOR PLAINTIFF:**

*s/Sophia L. Amaker*
Sophia L. Amaker (Fed. Bar No. 11073)
samaker85@gmail.com

AMAKER LAW FIRM, LLC
1345 Garner Lane, Suite 307
Columbia, SC 29210
Tel: (803) 290-1687

**FOR DEFENDANTS:**

*s/Ellison F. McCoy*
Ellison F. McCoy (Fed. Bar No. 6389)
Email: ellison.mccoy@jacksonlewis.com
John W. Sulau (Fed. Bar No. 11613)
Email: john.sulau@jacksonlewis.com

JACKSON LEWIS P.C.
15 South Main St., Suite 700
Greenville, SC 29601
Telephone: 864-232-7000
Fax: 864-235-1381